IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALPHA MODUS, CORP., | ) |
|     Plaintiff, | ) Civil Action No. 4:25-cv-01727 |
| v. | ) |
| | ) **JURY TRIAL DEMAND** |
| OPTISIGNS, INC. | ) |
|     Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Alpha Modus, Corp. and Defendant Optisigns, Inc. (collectively, the "Parties"), by and through their undersigned counsel, hereby state that the Parties have resolved all matters in controversy between them. The Parties hereby stipulate to the dismissal of all of their claims and counterclaims in this action, WITH PREJUDICE, including all claims, defenses, and counterclaims that were raised or could have been raised in this action about the accused products, with each party bearing its own fees and costs.

Dated: November 4, 2025

*/s/ Terrell R. Miller*
Terrell R. Miller
State Bar No. 24046446
Telephone:713.276.5706
Email: tmiller@foley.com
**FOLEY & LARDNER LLP**
1000 Louisiana St Suite 2000
Houston, TX 77002

Aaron E. Chibli
State Bar No. 24091222
Telephone: 214.999.4013
Email: achibli@foley.com
Rachel L. Gillespie
State Bar No. 24144005
Telephone: 214.999.3307
Email:rgillespie@foley.com
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201

*Attorneys for Defendant*
*Optisigns, Inc.*

Respectfully submitted,

*/s/ Christopher E. Hanba*
Christopher E. Hanba
Texas Bar No. 24121391
chanba@princelobel.com
Joshua G. Jones
Texas Bar No. 24065517
jjones@princelobel.com

**PRINCE LOBEL TYE LLP**
500 W. 5th Street, Suite 1205
Austin, Texas 78701
Telephone: (512) 737-2415
Facsimile: (844) 670-6009

*Attorneys for Plaintiff*
*Alpha Modus, Corp.*

2

## **CERTIFICATE OF SERVICE**

I certify that on November 4, 2025, the foregoing document was filed via the Court's CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Christopher E. Hanba*
Christopher E. Hanba