United States District Court
Southern District of Texas
**ENTERED**
November 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALPHA MODUS, CORP., | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. H-25-1727 |
| OPTISIGNS INC., | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

On the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (Docket Entry No. 29), all claims and counterclaims in this case that were raised or could have been raised are dismissed with prejudice, with each party to bear its own costs.

SIGNED on November 6, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge